Justin Prato SBN 246968
PRATO & REICHMAN, APC
3675 Ruffin Road, Suite 220
San Diego, CA 92123
Telephone: 619-886-0252
justinp@prato-reichman.com

Attorneys for Plaintiff
PAUL SAPAN

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL SAPAN,<br><br>        Plaintiff,<br>vs.<br><br>LENDING 3, INC.; ANDREA PARK. Individually.<br><br>        Defendants. | Case No.: 8:24-cv-02014-DOC-JDE<br><br>**NOTICE OF MOTION AND MOTION FOR REQUEST TO ENTER DEFAULT AGAINST ALL DEFENDANTS**<br>**No oral Argument unless ordered by Court** |

## NOTICE OF MOTION AND MOTION

PLEASE TAKE NOTICE that Plaintiff in this matter, Paul Sapan ("Mr. Sapan") is and hereby does move the United States District Court, Central District of California to enter a default Judgement against Defendants Lending 3, Inc. and Andrea Park, individual (collectively "Defendants"). At this time per the Court order there is no hearing schedule for oral argument and the motion will be heard on the papers.

Plaintiff's motion seeks to enter default judgement in favor of Mr. Sapan against the Defendants in the amount of $32,026.31.

This Motion is based on this Notice of Motion, the attached Memorandum of Points And Authorities, the Declarations of counsel and Mr. Sapan, and any additional evidence and argument presented before or at the hearing of this Motion.

DATED: April 30, 2025                    **PRATO & REICHMAN, APC**

/s/Justin Prato, Esq.
By: Justin Prato, Esq.
**Prato & Reichman, APC**
Attorneys for Plaintiff,

# AFFIDAVIT OF SERVICE

I, Justin Prato, declare that I am a resident of the State of California and I am over the age of eighteen years and not a party to the action. My business address is 3675 Ruffin Road, suite 220 San Diego CA, 92123. On April 30, 2025, I served the following documents on the interested parties:

- **MEMORANDUM IN SUPPORT FOR REQUEST TO ENTER DEFAULT**
- **DECLARATION OF JUSTIN PRATO IN SUPPORT**
- **DECLARATION OF PAUL SAPAN IN SUPPORT WITH EXHIBITS**
- **NOTICE OF MOTIN AND MOTION IN SUPPORT**
- **[Proposed] JUDGEMENT**

I did this by placing a true copy of such documents, enclosed in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Diego, California, addressed to the following recipients: (service via ECF as well)

Lending3, Inc.

Andrea Park

429 Grand Augusta Lane,

Las Vegas, NV 89144

I declare under penalty of perjury under the laws of the State of California that the above is true and correct, and that this document is executed in San Diego California.

DATED: 04/30/2025                           **PRATO & REICHMAN, APC**

　　　　　　　　　　　　　　　　　　　　 /s/ Justin Prato _____
　　　　　　　　　　　　　　　　　　　　By: Justin Prato, Esq.
　　　　　　　　　　　　　　　　　　　　**Prato & Reichman, APC**
　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff
　　　　　　　　　　　　　　　　　　　　PAUL SAPAN